UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCOIS L D'AMOUN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GERALD VILLAREAL, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-01008-MEJ<br><br>**ORDER VACATING CMC** |

　　　This matter is currently scheduled for a Case Management Conference on June 4, 2015. However, as there are two pending Motions to Dismiss, the Case Management Conference and all related deadlines are VACATED.  The conference will be rescheduled, if necessary, after any pending motions are resolved.

　　　**IT IS SO ORDERED.**

Dated: May 14, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCOIS L D'AMOUN,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>GERALD VILLAREAL, et al.,<br><br>　　　Defendants. | Case No.  15-cv-01008-MEJ<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on May 14, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vancois L D'Amoun
1941 Grande Circle
Unit 14
Fairfield, CA 94533


Dated: May 14, 2015

　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Chris Nathan, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable MARIA-ELENA JAMES

2