United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCOIS L D'AMOUN,<br>      Plaintiff,<br>   v.<br>GERALD VILLAREAL, et al.,<br>      Defendants. | Case No. 15-cv-01008-MEJ<br><br>**ORDER RE: CHAMBERS COPIES**<br>Re: Dkt. Nos. 17, 18 |

Pending before the Court is Defendant Gerald Villareal's Motion to Dismiss and Request for Judicial Notice.  Dkt. No. 17, 18.  No chambers copies have been submitted in compliance with Civil Local Rule 5-1 and the Court's Standing Orders.  *See* Civil Local Rule 5-1; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James.  Defendant shall immediately submit a chambers copy of the above-referenced documents.  ALL CHAMBERS COPIES MUST INCLUDE: (1) ON EACH PAGE THE RUNNING HEADER CREATED BY THE ECF SYSTEM, AND (2) ALL EXHIBITS WITH LABELED TAB DIVIDERS.

    **IT IS SO ORDERED.**

Dated: May 19, 2015

                                        _____<br>
                                        MARIA-ELENA JAMES<br>
                                        United States Magistrate Judge