UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VANCOIS L D'AMOUN,

    Plaintiff,

  v.

GERALD VILLAREAL, et al.,

    Defendants.

Case No. 15-cv-01008-MEJ

**ORDER TO SHOW CAUSE**

Defendants Robert Maddock and Gerald Villareal have filed motions to dismiss, with a noticed hearing dates of June 25 and July 9, 2015. Dkt. Nos. 12, 17. However, Plaintiff failed to file any opposition(s) pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the motion hearings and ORDERS Plaintiff Vancois L D'Amoun to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 9, 2015. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on June 25, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby given to Plaintiff that the Court may dismiss this case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 26, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge