UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCOIS L. D'AMOUN,<br><br>    Plaintiff,<br><br>v.<br><br>GERALD VILLAREAL, et al.,<br><br>    Defendants. | Case No. 15-cv-01008-MEJ<br><br>**ORDER VACATING OSC HEARING AND SETTING BRIEFING SCHEDULE RE: MOTIONS TO DISMISS** |

Pending before the Court are Defendants Robert Maddock's and Gerald Villareal's Motions to Dismiss. Dkt. Nos. 12, 17. As Plaintiff Vancois L. D'Amoun failed to file any opposition(s), the Court vacated the noticed hearing dates and ordered him to show cause by June 9, 2015, why this case should not be dismissed for failure to prosecute. Dkt. No. 24. Although Plaintiff did not respond to the order to show cause, he did file an Opposition to Defendant Maddock's motion on June 11. Dkt. No. 25. As it appears that Plaintiff is prepared to prosecute this case (at least as to Defendant Maddock), the order to show cause is DISCHARGED as to Plaintiff's failure to respond to Defendant Maddock's motion. However, Plaintiff is advised that he must comply with all court rules and deadlines, and the Court may dismiss this case if he continues to disregard such requirements. Defendant Maddock shall file his reply by July 2, 2015, and the Court shall conduct a hearing on July 23, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

As to Defendant Villareal, Plaintiff is advised that the order to show cause remains in effect. Accordingly, Plaintiff shall file an opposition or statement of non-opposition pursuant to Civil Local Rule 7 by June 30, 2015. <u>Plaintiff is advised that the Court shall dismiss Defendant Villareal if no opposition is filed by June 30, 2015.</u>

**IT IS SO ORDERED.**

Dated: June 16, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge