UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCOIS L. D'AMOUN,<br><br>    Plaintiff,<br><br>v.<br><br>GERALD VILLAREAL, et al.,<br><br>    Defendants. | Case No. 15-cv-01008-MEJ<br><br>**ORDER RE: REQUEST TO SERVE UNNAMED PARTIES AND REFER PARTIES TO A SETTLEMENT CONFERENCE** |

On June 10, 2015, Plaintiff filed a request to have the U.S. Marshal serve three individuals. Dkt. No. 27.  As they are not parties to this action, Plaintiff's request is DENIED.  Plaintiff also requested that the Court "order a settlement conference between ALL PARTIES."  As both named Defendants have dispositive motions pending, the Court finds Plaintiff's request premature and therefore DENIES it as well.

Plaintiff is advised that he may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California.  At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation.  More information is available at http://cand.uscourts.gov/helpcentersf.  The Court also recommends that Plaintiff obtain a copy of the Court's *Handbook for Litigants Without a Lawyer*, which is available free of charge in the Clerk's Office, or online at http://cand.uscourts.gov/prosehandbk.

**IT IS SO ORDERED.**

Dated: June 16, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge